UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| ANTHONY HOUSTON DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:22-CV-00348 |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

This case was filed in the Eastern District of Tennessee Court on October 4, 2022. [Doc. 1]. An Application to Proceed In Forma Pauperis for Prisoner Cases was attached thereto, and was incomplete. [Doc. 1-6]. On October 5, 2022, the Clerk issued an Administrative Notice to Plaintiff's counsel advising that either the filing fee must be paid or a completed non-prisoner Application to Proceed In Forma Pauperis must be submitted by October 11, 2022. Neither the filing fee nor a completed In Forma Pauperis application was received by the deadline, and the Clerk followed up with the office of Plaintiff's counsel by phone on October 26, 2022. The undersigned then entered an Order [Doc. 5] directing Plaintiff to file a completed non-prisoner In Forma Pauperis Application or pay the required filing fee by no later than November 30, 2022. Plaintiff failed to comply with the Court's Order by the stated deadline. On December 2, 2022, the Court entered an additional Order [Doc. 6] directing Plaintiff to pay the required filing fee on or before December 16, 2022, and further advising that failure to pay the filing fee timely would result in a recommendation to the District Court that the case be dismissed. On December 15, 2022, with the deadline for compliance approaching, the Clerk reached out to the office of

Plaintiff's counsel by phone once again to ensure that Plaintiff's counsel was receiving the Court's notices and orders and that he was aware of the deadline for paying the filing fee. To date, the filing fee has not been paid nor has Plaintiff's counsel communicated with the Court or the Clerk's Office in any manner.

"The clerk of each district court shall require the parties instituting any civil action, suit or proceeding in such court, whether by original process, removal or otherwise, to pay a filing fee of $350…" 28 U.S.C. § 1914(a). The Court may authorize the commencement of a civil action with the payment of a filing fee by a person who demonstrates an inability to pay such fees by submitting a completed application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Here, Plaintiff has not paid the required filing fee, nor has he submitted a completed application to proceed *in forma pauperis* despite being provided multiple opportunities to do so. As such, the undersigned **RECOMMENDS** Plaintiff's complaint be **DISMISSED WITHOUT PREJUDICE**.

Respectfully Submitted,

/s/ Cynthia Richardson Wyrick
United States Magistrate Judge