UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| ANTHONY HOUSTON DEAN, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No.: 3:22-CV-348-KAC-CRW |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |  |
| Defendant. | ) |  |

## JUDGMENT

Pursuant to the "Order Adopting Report and Recommendation," the Court **DISMISSED** Plaintiff's claim against Defendant without prejudice. Accordingly, the Court directs the Clerk to close the case.

IT IS SO ORDERED.

                                                            s/ Katherine A. Crytzer
                                                            KATHERINE A. CRYTZER
                                                            United States District Judge

ENTERED AS A JUDGMENT:
   *s/ LeAnna R. Wilson*
   CLERK OF COURT